IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THOMAS J. SEROCKI, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-cv-51-bbc |
| SYNTHES CMS and ABC INSURANCE COMPANIES, | ) |
| Defendant. | ) |
| and | ) |
| DEPARTMENT OF VETERANS AFFAIRS, | ) |
| Subrogated Defendant | ) |

ORDER

Based on the government's motion to dismiss the Department of Veterans Affairs for lack of service and lack of an interest in the above captioned case,

IT IS HEREBY ORDERED that the Department of Veterans Affairs is hereby dismissed as a party to this case.

Entered this 12th day of June, 2009

BY THE COURT:

_Barbara B. Crabb_
BARBARA B. CRABB, JUDGE,
United States District Judge