UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

THOMAS J. SEROCKI,

      Plaintiff,

vs.

SYNTHES CMF and
ABC INSURANCE COMPANIES,

      Defendants.

Case No. 09-CV-51

## ORDER FOR DISMISSAL

Based upon the stipulation of the parties,

IT IS HEREBY ORDERED that the captioned action is hereby dismissed with prejudice and without costs to any party.

Dated: _____December 1_____, 2009.

BY THE COURT:

_____
Honorable Barbara B. Crabb
U.S. District Court Judge

WHD/6817563.1